AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

APR - 3 2008

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ALEJANDRO DAVALOS-LIBRADO | CASE NUMBER: 08 CR 1036-WQH |

I, ALEJANDRO DAVALOS-LIBRADO, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4-3-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
ALEJANDRO DAVALOS-LIBRADO
Defendant

_____ FOR
JODY THORP
Counsel for Defendant

Before _____
JUDICIAL OFFICER